Order entered November 5, 2012

004734



- In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01663-CV

**MARQUIS ACQUISITION, INC., Appellant**

### V.

**STEADFAST INSURANCE COMPANY AND JULIE FRY, Appellees**

On Appeal from the County Criminal Court No. 2
Dallas County, Texas
Trial Court Cause No. CC-09-04702-B

## ORDER

The Court has before it appellant's August 28, 2012 motion for extension to file its reply brief and appellees' August 29, 2012 response to that motion, in which appellees state that they are unopposed. The Court **GRANTS** the motion and **ORDERS** the brief tendered by appellant on August 28, 2012 timely filed as of today's date.

MOLLY FRANCIS
JUSTICE